1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10   HARRY COOKS,
11            Petitioner,              No. 2:07:cv-01450-MDS
12
13       vs.                          <u>ORDER</u>
14
15   D. K. SISTO,
16            Respondent
17   _____/
18
19
20       IT IS HEREBY ORDERED that the Respondent or his counsel, the California Attorney
21   General, shall within ten days of the filing of this Order lodge with this court all documents of the
22   state court proceedings relevant to the allegations raised by Petitioners in this matter currently in
23   the possession or control of Respondent or his counsel including, but not limited to, state court
24   pleadings, transcripts, orders, and decisions, pertaining to Petitioner's conviction on direct appeal.
25
26
27   DATED: December 19, 2008
28
                          /s/ Milan D. Smith, Jr.
                          UNITED STATES CIRCUIT JUDGE
                          Sitting by Designation