IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY COOKS,

    Petitioner,                        No. 2:07:cv-01450-MDS

vs.                            <u>ORDER</u>

D. K. SISTO,

    Respondent

_____/

    The court acknowledges receipt of various exhibits accompanying Cooks' state court petitions, which were provided by Respondent on December 31, 2008 pursuant to this court's December 22, 2008 Order. With the instant Order, the court clarifies that the court's December 22, 2008 Order sought not only those exhibits that Respondent provided—i.e., those relating to Cooks' petition challenging the parole decision—but also state court documents relating to the state court conviction itself as described in the previous Order.

    Therefore, IT IS HEREBY ORDERED that the Respondent or his counsel, the California Attorney General, shall within twenty days of the filing of this Order lodge with this court the documents described above.

DATED: January 22, 2009

                                            /s/ Milan D. Smith, Jr.
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

PDF created with pdfFactory trial version www.pdffactory.com